FILED
CLERK, U.S. DISTRICT COURT

MAR 30 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE ANTONIO ESTRELLA,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>DERRICK L. OLLISON, Warden,<br><br>　　　　　　Respondent. | No. EDCV 06-1086 CJC (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Claims Two and Three of the Petition are dismissed on the merits and with prejudice.

DATED: March 30, 2009

　　　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge