JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSE ANTONIO ESTRELLA, | No. EDCV 06-1086 CJC (FFM)) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| DERRICK L. OLLISON, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: July 13, 2010

CORMAC J. CARNEY
United States District Judge